UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:21-cv-06433-PA-MAR | Date: July 26, 2023 |
| Title: *Rafael Martirosyan v. Baries et al* | |

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| VALERIE VELASCO | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE WHY MOTION TO COMPEL, DKT. 131, SHOULD NOT BE GRANTED**

On June 15, 2023, the Court ordered counsel for Defendant to file monthly status reports regarding the status of the identification of Defendants, starting June 28, 2023. Dkt. 129. Counsel has yet to file a status report. On July 11, 2023, Plaintiff filed a Motion to Compel discovery from the served Defendants relating to the identification of the unserved Defendants. Dkt. 131. Counsel has yet to file an opposition or notice of non-opposition.

The Court has stayed the resolution of several Motions to Dismiss pending the identification of these Defendants. Dkt. 129. Plaintiff has apparently been diligently reaching out to counsel and updating the Court on his attempts to identify the Defendants. Dkts.126–28. Yet, counsel has not corresponded with the Court in over two (2) months.

Currently, the case remains at a standstill. Accordingly, counsel for the County Defendants is ordered to show cause why Plaintiff's Motion should not be granted by **August 9, 2023.** Failure to file a timely response will result in Defendant's failure to file an opposition being deemed as consent to grant Plaintiff's Motion. See Local Rule 7-12. Furthermore, failure to comply with this order may result in the imposition of sanctions. See Fed. R. of Civ. P 37(b).

**IT IS SO ORDERED.**

| | : |
|---|---|
| **Initials of Preparer** | vv |